UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI

CASE NO.: 1:24-cv-20633

TICK CORPORATION,

        PLAINTIFF,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

        DEFENDANTS.

**PLAINTIFF'S MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION AND EXTEND TEMPORARY RESTRAINING ORDER FOR FOURTEEN DAYS**

      Plaintiff Tick Corporation, by and through its undersigned counsel, hereby moves this Honorable Court to continue the hearing on Plaintiff's motion for preliminary injunction set for March 11, 2025, for fourteen (14) days to permit Plaintiff to serve the Defendants, The Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" ("Defendants"), and to extend the Court's Sealed Order Granting *Ex Parte* Motion for Entry of Temporary Restraining Order entered on February 26, 2025 (TRO) until the date of the continued hearing, and in support thereof states as follows:

      1.     The Court entered a TRO on February 26, 2025, setting a telephonic hearing on Plaintiff's motion for preliminary injunction for March 11, 2025, at 12:55 P.M.

      2.     After receiving the TRO, Plaintiff immediately served the online marketplaces and payment processors in order to obtain the information of the Defendants listed on Schedule

"A" necessary to effectuate service of process by alternate means pursuant to the Court's Order entered at DE 10.

3. Despite Plaintiff's efforts, some of the marketplaces have yet to respond. With respect to the remaining marketplaces from which Plaintiff has received a response, the corresponding financial institutions have yet to confirm restraint of the funds pursuant to the Court's Order.

4. Plaintiff has therefore not been able to serve any of the Defendants.

5. In the interests of providing Defendants with notice and an opportunity to be heard in opposition to the motion for preliminary injunction, Plaintiff respectfully requests that the Court continue the hearing for two weeks and extend the temporary restraining order during that period.

6. Rule 65 permits this Court to issue a TRO for up to fourteen days. Fed. R. Civ. P. 65(b)(2) (providing that for good cause, a court may extend a TRO for a period not to exceed fourteen days).

7. To provide Defendants with due process and permit Plaintiff to serve the Defendants, this Court should continue the hearing on the motion for preliminary injunction by fourteen (14) days to March 25, 2025.

DATED: March 5, 2025                    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
Angela.nieves@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100

Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Tick Corporation*